IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER W. OLIVER,

        Petitioner,

   v.

KATHLEEN ALLISON,

        Respondent.

No. 2:20-CV-0972-KJM-DMC-P

ORDER

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254. Before the Court is Petitioner's motion for an extension of time to file a traverse. ECF No. 16. Respondent filed her answer on January 22, 2021. ECF No. 14. Petitioner requests an enlargement of time due to the length of the answer and delays due to COVID-19. ECF No. 16. For good cause shown, the Court grants Petitioner's motion. Petitioner may file a traverse on or before April 1, 2021.

    IT IS SO ORDERED.

Dated: February 17, 2021

                                      DENNIS M. COTA
                                      UNITED STATES MAGISTRATE JUDGE