IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER W. OLIVER, | No. 2:20-CV-0972-KJM-DMC-P |
| Petitioner, | |
| v. | ORDER |
| KATHLEEN ALLISON, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, brought this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Final judgment was entered on September 14, 2021, and Petitioner has appealed. Pending before the Court in this closed case is Petitioner's motion, ECF No. 32, for leave to proceed in forma pauperis. Petitioner's motion is denied without prejudice to re-filing in the Ninth Circuit Court of Appeals.

IT IS SO ORDERED.

Dated: January 31, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1